**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Robert HILL, a/k/a Benny, Defendant—Appellant.**

**No. 09–7509.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 22, 2010.

Robert Hill, Appellant Pro Se. Sara Elizabeth Chase, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Hill appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hill,* No. 3:03–cr–00059–REP (E.D.Va. July 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*